

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00269-CV

**IN THE ESTATE OF BILLYE M. HORMUTH, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011PC4120
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

Keith E. Hottle
Clerk of Court